# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLLANDER, ELLEN L. | UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 W. LOMBARD STREET
BALTIMORE, MD 21201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. | BOARD MEMBER | MARYLAND CHAPTER OF THE FEDERAL BAR ASSOCIATION |
| 4. | FIRST VICE PRESIDENT | DISTRICT JUDGES ASSOCIATION OF THE FOURTH CIRCUIT |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989-2020 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | MARYLAND STATE RETIREMENT AGENCY | $117,422.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SELF-EMPLOYED-ADVERTISING/MARKETING |
| 2. 2020 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 3. 2020 | SELF EMPLOYED-ROYALTIES (AUTHOR) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NORTHWESTERN MUTUAL LIFE INSURANCE | LOAN AGAINST CASH VALUE OF POLICY | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLANDER, ELLEN L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WHOLE LIFE INSURANCE POLICY: (H) | | | | | | | | | |
| 2. NORTHWESTERN MUTUAL POLICY - CASH VALUE | D | Int./Div. | N | T | | | | | |
| 3. CASH ACCOUNTS: (H) | | | | | | | | | |
| 4. M&T BANK | A | Interest | J | T | | | | | |
| 5. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 6. US BANK - MORTGAGE ESCROW ACCOUNT | A | Interest | | | Closed | 12/31/20 | J | | |
| 7. JP MORGAN CHASE BANK, N.A. | A | Interest | K | T | | | | | |
| 8. BROKERAGE & PERSONAL HOLDINGS: (H) | | | | | | | | | |
| 9. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | | | Sold | 05/01/20 | J | A | |
| 10. INSURED DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 11. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 12. ALPHABET INC-CLASS C | | None | K | T | | | | | |
| 13. AMAZON.COM INC. | | None | K | T | | | | | |
| 14. AMERICAN TOWER CORP | A | Dividend | K | T | | | | | |
| 15. ANSYS INC.-COMMON | | None | L | T | | | | | |
| 16. ATLASSIAN CORP PLC | | None | J | T | Buy | 03/31/20 | J | | |
| 17. BIO-TECHNE CORP | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BLACKLINE, INC. | | None | K | T | Sold (part) | 03/02/20 | J | B | |
| 19. | | | | | Sold (part) | 06/23/20 | J | D | |
| 20. BROOKS AUTOMATION, INC. | A | Dividend | K | T | Sold (part) | 05/20/20 | J | C | |
| 21. CABLE ONE, INC. | A | Dividend | K | T | Buy | 09/02/20 | K | | |
| 22. CARMAX, INC. | | None | K | T | | | | | |
| 23. CBRE GROUP, INC. | | None | K | T | Buy (add'l) | 03/30/20 | J | | |
| 24. CISCO SYSTEMS, INC.-COMMON | A | Dividend | | | Sold | 03/30/20 | J | C | |
| 25. COMCAST, INC-COMMON | A | Dividend | J | T | | | | | |
| 26. CONSOLIDATED EDISON-COMMON | A | Dividend | J | T | | | | | |
| 27. COSTAR GROUP, INC. | | None | K | T | Sold (part) | 03/11/20 | J | C | |
| 28. DANAHER CORP DEL COM | A | Dividend | K | T | | | | | |
| 29. DOLLAR GENERAL CORP | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 30. ECOLAB, INC-COMMON | A | Dividend | K | T | | | | | |
| 31. ENVESTNET, INC-COMMON | | None | J | T | Sold (part) | 02/20/20 | J | B | |
| 32. FASTENAL CO - COMMON | B | Dividend | K | T | | | | | |
| 33. HEICO CORPORATION CL A | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 34. IDEXX LABS, INC. | | None | K | T | Buy | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ILLUMINA, INC. | | None | K | T | Buy (add'l) | 02/28/20 | J | | |
| 36. INTELCORP - COMMON | A | Dividend | J | T | | | | | |
| 37. IBM - COMMON | D | Dividend | M | T | Donated (part) | | | | |
| 38. INTUITIVE SURGICAL, INC. | | None | K | T | Buy (add'l) | 03/31/20 | J | | |
| 39. J&J - COMMON | A | Dividend | J | T | | | | | |
| 40. MARKEL CORP - COMMON | | None | K | T | Buy (add'l) | 01/06/20 | J | | |
| 41. MASTERCARD, INC - CL A | A | Dividend | K | T | Buy (add'l) | 03/31/20 | J | | |
| 42. MOODYS CORP | A | Dividend | K | T | Sold (part) | 02/21/20 | J | D | |
| 43. OKTA, INC. | | None | K | T | Buy | 03/31/20 | J | | |
| 44. PAYCHEX, INC. - COMMON | A | Dividend | J | T | | | | | |
| 45. PROS HOLDINGS, INC. | | None | J | T | | | | | |
| 46. QUALCOMM, INC. - COMMON | A | Dividend | K | T | | | | | |
| 47. QUALYS INC - COMMON | | None | J | T | | | | | |
| 48. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | Sold (part) | 02/24/20 | J | D | |
| 49. | | | | | Sold (part) | 03/30/20 | J | D | |
| 50. S & P GLOBAL, INC. | A | Dividend | K | T | | | | | |
| 51. SEI INVESTMENTS CO - COMMON | A | Dividend | | | Sold | 01/07/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. TELEFLEX, INC. | A | Dividend | K | T | Buy | 02/21/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 55. THERMO FISHER SCIENTIFIC INC. | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 57. TRANSDIGM GROUP, INC. - COMMON | A | Dividend | K | T | | | | | |
| 58. TRIMBLE NAVIGATION - COMMON | | None | | | Sold | 03/30/20 | J | D | |
| 59. TWILIO, INC. | | None | K | T | | | | | |
| 60. TYLER TECHNOLOGIES, INC. | | None | J | T | Sold<br>(part) | 07/23/20 | K | D | |
| 61. VEEVA SYSTEMS, INC. | | None | J | T | Buy | 03/31/20 | J | | |
| 62. VERISK ANALYTICS | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | D | |
| 63. VISA, INC. - COMMON | A | Dividend | L | T | | | | | |
| 64. VULCAN MATERIALS CO | A | Dividend | K | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 65. WASTE CONNECTIONS, INC. | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 66. WATSCO, INC. - COMMON | A | Dividend | | | Sold | 02/03/20 | J | B | |
| 67. U.S. TREASURY BILLS | A | Interest | | | Matured | 02/06/20 | K | A | |
| 68. U.S. TREASURY BILLS | A | Interest | | | Buy | 02/10/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold | 03/30/20 | K | A | |
| 70. | AMERICAN FUNDS -AMERICAN BALANCED FD INC SHS F-2CL | A | Dividend | J | T | | | | | |
| 71. | AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F-2 | A | Dividend | J | T | Sold (part) | 02/12/20 | J | A | |
| 72. | BLACKROCK STRATEGIC MUNI OPPORTUNITIES FND-INST CL | A | Dividend | | | Sold | 02/11/20 | J | A | |
| 73. | DODGE & COX GLOBAL STOCK FUND | | None | | | Buy (add'l) | 02/12/20 | J | | |
| 74. | | | | | | Sold | 03/23/20 | J | | |
| 75. | FIRST EAGLE GLOBAL FUND, CLASS I | A | Dividend | J | T | Buy (add'l) | 02/11/20 | J | | |
| 76. | HARTFORD MUTUAL FUNDS- HARTFORD MIDCAP I (Y) | | | | | | | | | |
| 77. | HARTFORD MIDCAP FUND CLASS Y (X) | A | Dividend | J | T | | | | | |
| 78. | IVY MID CAP INCOME OPPORTUNITIES FUND CLASS I | A | Dividend | J | T | Buy (add'l) | 02/11/20 | J | | |
| 79. | JP MORGAN SMALL CAP EQUITY FUND (Y) | | | | | | | | | |
| 80. | JP MORGAN SMALL CAP EQUITY FUND CLASS I (X) | A | Dividend | J | T | | | | | |
| 81. | MFS SER TR I VALUE FD CL I (Y) | | | | | | | | | |
| 82. | MFS VALUE FUND CLASS I (X) | A | Dividend | J | T | Sold (part) | 02/11/20 | J | A | |
| 83. | MORGAN STANLEY INSTL FD INC GLOBAL GRW I (Y) | | | | | | | | | |
| 84. | MSF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FUND CL I (X) | A | Dividend | J | T | Sold (part) | 01/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 02/11/20 | J | A | |
| 86. | | | | | Sold (part) | 07/09/20 | J | A | |
| 87. | | | | | Sold (part) | 10/08/20 | J | A | |
| 88. PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | A | Dividend | J | T | Sold (part) | 02/11/20 | J | A | |
| 89. TRP MD TAX-FREE BOND FUND CLASS I | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 90. | | | | | Sold (part) | 04/08/20 | J | A | |
| 91. VICTORY PORTFOLIOS SMALL CO OPP I (Y) | | | | | | | | | |
| 92. VICTORY SYCAMORE SMALL COMPANY OPPORTUNITY FD CL I (X) | A | Dividend | J | T | Buy (add'l) | 02/11/20 | J | | |
| 93. VICTORY RS GLOBAL FUND CLASS Y | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 94. IRA ACCOUNT #1: (H) | | | | | | | | | |
| 95. DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | Distributed (part) | 1/27/20 | J | | |
| 96. ARTISAN GLOBAL VALUE FUND INSTITUTIONAL CLASS | A | Dividend | | | Sold | 11/24/20 | K | B | |
| 97. BLACKROCK MIDCAP GROWTH EQUITY INSTITUTIONAL FUND | | None | J | T | Sold (part) | 11/24/20 | J | A | |
| 98. BLACKROCK TECHNOLOGY OPPORTUNITIES FUND INST CLASS | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 99. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 100. FEDERATED HERMES KAUFMANN SMALL CAP FUND CLASS IS | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 101. FIRST EAGLE GLOBAL FUND I | A | Dividend | K | T | Buy (add'l) | 11/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. IVY MID CAP INCOME OPPORTUNITIES FUND | A | Dividend | J | T | Buy (add'l) | 11/24/20 | J | | |
| 103. JP MORGAN SMALL CAP EQUITY FUND (Y) | | | | | | | | | |
| 104. JP MORGAN SMALL CAP EQUITY FUND CLASS I (X) | | None | | | Sold | 11/24/20 | J | B | |
| 105. MFS VALUE FUND CLASS I | A | Dividend | K | T | Buy (add'l) | 11/24/20 | J | | |
| 106. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO CL I | A | Dividend | K | T | Sold (part) | 07/10/20 | J | A | |
| 107. | | | | | Sold (part) | 10/09/20 | J | A | |
| 108. | | | | | Sold (part) | 11/24/20 | J | B | |
| 109. PARNASSUS CORE EQUITY FUND INST CLASS | A | Dividend | K | T | Buy | 11/24/20 | K | | |
| 110. PRIMECAP ODYSSEY STOCK FUND | | None | | | Sold | 11/24/20 | K | B | |
| 111. PGIM STRATEGIC BOND FUND CLASS Z | B | Dividend | K | T | Sold (part) | 03/23/20 | J | | |
| 112. | | | | | Sold (part) | 04/08/20 | J | A | |
| 113. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 114. TRP GLOBAL STOCK | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 115. DEARBORN PARTNERS RISING DIVIDENDFUND CLASS I | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 116. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 117. PRINCIPAL BLUE CHIP FUND CLASS I | A | Dividend | K | T | Sold (part) | 11/24/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118. VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITY FUND CLASS I | | None | | | Sold | 11/24/20 | K | B | |
| 119. VICTORY PORTFOLIOS SMALL CO OPP I (Y) | | | | | | | | | |
| 120. VICTORY SYCAMORE SMALL COMPANY OPPORTUNITY FD CL I (X) | A | Dividend | J | T | Buy (add'l) | 11/24/20 | J | | |
| 121. VICTORY RS GLOBAL FUND CL Y | A | Dividend | K | T | Buy | 11/24/20 | K | | |
| 122. IRA ACCOUNT #2: (H) | | | | | | | | | |
| 123. DEUTSCHE BANK INS DEPOSIT | A | Int./Div. | J | T | Distributed (part) | 03/03/20 | J | | |
| 124. ARTISAN GLOBAL VALUE FUND INSTITUTIONAL CLASS | | None | | | Sold | 06/26/20 | J | | |
| 125. BLACKROCK MIDCAP GROWTH EQUITY INSTITUTIONAL FUND | | None | J | T | Sold (part) | 06/26/20 | J | A | |
| 126. | | | | | Sold (part) | 11/25/20 | J | A | |
| 127. BLACKROCK TECHNOLOGY OPPORTUNITIES FUND INST CLASS | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 128. | | | | | Sold (part) | 06/26/20 | J | A | |
| 129. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 130. FEDERATED HERMES KAUFMANN SMALL CAP FUND CLASS IS | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 131. | | | | | Sold (part) | 11/24/20 | J | A | |
| 132. FIRST EAGLE FDS INC - GLOBAL FUND CL I | A | Dividend | J | T | Buy (add'l) | 06/29/20 | J | | |
| 133. | | | | | Buy (add'l) | 11/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. IVY MID CAP INCOME OPPORTUNITIES FUND | A | Dividend | J | T | Buy (add'l) | 06/29/20 | J | | |
| 135. | | | | | Sold (part) | 11/24/20 | J | A | |
| 136. MFS NEW DISCOVERY VALUE FUND CLASS I | A | Dividend | J | T | Buy (add'l) | 06/29/20 | J | | |
| 137. | | | | | Sold (part) | 11/25/20 | J | A | |
| 138. JP MORGAN SMALL CAP EQUITY FUND (Y) | | | | | | | | | |
| 139. JP MORGAN SMALL CAP EQUITY FUND CLASS I (X) | | None | | | Sold | 06/26/20 | J | A | |
| 140. MFS VALUE FUND CLASS I | A | Dividend | J | T | Buy (add'l) | 06/29/20 | J | | |
| 141. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 142. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FD CL I | A | Dividend | J | T | Sold (part) | 01/10/20 | J | A | |
| 143. | | | | | Sold (part) | 02/10/20 | J | A | |
| 144. | | | | | Sold (part) | 06/26/20 | J | A | |
| 145. | | | | | Sold (part) | 10/09/20 | J | A | |
| 146. | | | | | Sold (part) | 11/25/20 | J | A | |
| 147. PARNASSUS CORE EQUITY FUND INSTL CLASS | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 148. | | | | | Sold (part) | 11/25/20 | J | A | |
| 149. PIMCO INCOME FUND INSTITUTIONAL CLASS | A | Dividend | J | T | Sold (part) | 03/23/20 | J | | |
| 150. | | | | | Sold (part) | 04/09/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | Sold (part) | 06/29/20 | J | A | |
| 152. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 153. PRIMECAP ODYSSEY STOCK FUND | | None | | | Sold | 06/26/20 | J | A | |
| 154. PRINCIPAL BLUE CHIP FUND CLASS I | A | Dividend | J | T | Sold (part) | 02/10/20 | J | A | |
| 155. | | | | | Sold (part) | 06/29/20 | J | A | |
| 156. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 157. TRP GLOBAL STOCK | A | Dividend | J | T | Buy | 11/25/20 | J | | |
| 158. DEARBORN PARTNERS RISING DIVIDEND FUND CLASS I | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 159. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 160. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 161. VICTORY RS GLOBAL FUND CLASS Y | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 162. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 163. VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITY FUND CLASS I | | None | | | Buy (add'l) | 06/29/20 | J | | |
| 164. | | | | | Sold | 11/24/20 | J | A | |
| 165. EDUCATION SAVINGS 529 PLANS: (H) | | | | | | | | | |
| 166. MD COLLEGE INVESTMENT PLANS- PORTFOLIO FOR COLLEGE 2030 (ACCT 1) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 167. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2030 (ACCT 2) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |
| 168. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2030 (ACCT 3) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |
| 169. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2036 (ACCT 4) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |
| 170. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2033 (ACCT 5) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |
| 171. MD COLLEGE INVESTMENT PLANS-PORTFOLIO FOR COLLEGE 2033 (ACCOUNT 6) | | None | J | T | Buy (add'l) | 11/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

ROW 76 & 77: HARTFORD MUTUAL FUNDS-HARTFORD MIDCAP I BECAME KNOWN AS HARTFORD MIDCAP FUND CL Y.

ROW 79 & 80: JP MORGAN SMALL CAP EQUITY FUND BECAME KNOWN AS JP MORGAN SMALL CAP EQUITY FUND CLASS I

ROW 81 & 82: MFS SER TR I VALUE FD CL I BECAME KNOWN AS MFS VALUE FUND CLASS I

ROW 83 & 84: MORGAN STANLEY INSTL FD INC GLOBAL GRW I BECAME KNOWN AS MSF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FUND CL I

ROW 91 & 92: VICTORY PORTFOLIOS SMALL CO OPP I BECAME KNOWN AS VICTORY SYCAMORE SMALL COMPANY OPPORTUNITY FD CL I

ROW 103 & 104: JP MORGAN SMALL CAP EQUITY FUND BECAME KNOWN AS J P MORGAN SMALL CAP EQUITY FUND CLASS I

ROW 119 & 120: VICTORY PORTFOLIOS SMALL CO OPP I BECAME KNOWN AS VICTORY SYCAMORE SMALL COMPANY OPPORTUNITY FD CL I

ROW 138 & 139: JP MORGAN SMALL CAP EQUITY FUND BECAME KNOWN AS JP MORGAN SMALL CAP EQUITY FUND CLASS I

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELLEN L. HOLLANDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544